IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES WILKINS,

     Plaintiff,

v.                                        CASE NO. 4:12cv270-RH/CAS

DEUTSCHE BANK NATIONAL
TRUST COMPANY et al.,

     Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED for lack of jurisdiction." The clerk must close the file.

SO ORDERED on August 16, 2012.

                                            s/Robert L. Hinkle
                                            United States District Judge